# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHRISTOPHER ROBINSON
ADC# 164517                                                                                              PLAINTIFF

v.                                          4:16CV00548-JM

A. ATKINS, Deputy,
Pulaski County Jail; *et al.*                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 17th day of October, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE